UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 20 PM 1: 27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and<br>for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>TREE-REMOVAL RIGHTS WITH<br>RESPECT TO LAND IN FAYETTE<br>COUNTY, TENNESSEE, WITH<br>RESPECT ONLY TO AN<br>UNDIVIDED 1/3 INTEREST<br><br>ELLIE KENDALL-TIPTON<br>Defendants | Civil Action No. 05 2202 B |

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. § 258a (2000), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendant in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

This _17_ day of _June_, 2005.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-21-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02202 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Philip J Pfeifer
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Edwin W. Small
TENNESSEE VALLEY AUTHORITY
400 W. Summit Hill Dr.
Knoxville, TN 37902--140

Honorable Bernice Donald
US DISTRICT COURT